

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the interest of S.T.K., a child,　　　　　* From the 1st Multicounty Court at Law
　　　　　　　　　　　　　　　　　　　　　of Fisher County,
　　　　　　　　　　　　　　　　　　　　　Trial Court No. DC-2017-0011.

No. 11-18-00133-CV　　　　　　　　　* September 20, 2018

　　　　　　　　　　　　　　　　　　　* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　　Willson, J., and Wright, S.C.J.,
　　　　　　　　　　　　　　　　　　　　sitting by assignment)
　　　　　　　　　　　　　　　　　　　　(Willson, J., not participating)

　　　　This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.